SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jiffy Lube International, Inc., Individually and d/b/a Jiffy Lube #1463; Peter Schmidl, Individually and as Trustee of the Peter Paul Schmidl Revocable Trust,<br><br>　　　　Defendants | Case No.: CIV.S 07-cv-01329-FCD-GGH<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF PETER SCHMIDL. AND ORDER**<br><br>Complaint Filed: July 6, 2007<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Peter Schmidl) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant.  Defendant (Peter Schmidl) is dismissed because Defendant is not a proper party to this action.

Dated: November 27, 2007　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, In Pro Per

　　**IT IS SO ORDERED**.

DATED: November 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE