ELLEN M. PAPADAKIS (SBN 186621)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300
E-mail: epapadakis@nixonpeabody.com

Attorneys for Defendant
JIFFY LUBE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> JIFFY LUBE INTERNATIONAL, INC. *et al.*, <br><br> Defendants. | Case No.: 2:07-CV-01329 FCD GCH <br><br> **ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT JIFFY LUBE INTERNATIONAL, INC.** |

Thelen LLP dissolved and ceased the practice of law as of December 1, 2008. Accordingly, Defendant JIFFY LUBE INTERNATIONAL, INC. ("JLI") hereby requests the immediate substitution of Nixon Peabody LLP as counsel of record in place of the now-defunct Thelen LLP. The former Thelen attorney principally responsible for representing JLI is continuing such representation at Nixon Peabody.

The new contact information for the substituting counsel is:

> ELLEN M. PAPADAKIS (SBN 186621)
> NIXON PEABODY LLP
> One Embarcadero Center, 18th Floor
> San Francisco, California 94111-3600
> Telephone: (415) 984-8200
> Fax:  (415) 984-8300
> E-mail: epapadakis@nixonpeabody.com

JLI has been advised in writing of Thelen LLP's dissolution and has approved the substitution of Nixon Peabody LLP in its place, and Nixon Peabody LLP has accepted the representation.

Plaintiff Scott Johnson, appearing *pro se,* was advised by electronic mail on December 2, 2008, of the intended substitution of Nixon Peabody LLP.

Dated:  December 2, 2008          NIXON PEABODY LLP

By  /s/ Ellen M. Papadakis
Ellen M. Papadakis
Attorneys for Defendant
JIFFY LUBE INTERNATIONAL, INC.

I agree to the above substitution.

Dated:  December 2, 2008          JIFFY LUBE INTERNATIONAL, INC.

By  /s/ Cynthia Glass Bivins
Cynthia Glass Bivins

IT IS SO ORDERED.

Dated:  December 2, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE