SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>JIFFY LUBE INTERNATIONAL, INC., et. al.,<br><br>Defendants | Case No.: CIV.S 07-cv-01329-FCD-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed: JULY 6, 2007 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATED DISMISSAL and ORDER                    CIV: S-07-cv-01329-FCD-GGH

1 | Dated:  February 6, 2009  NIXON PEABODY, LLC

/s/Ellen M. Papadakis_____

ELLEN M. PAPADAKIS,

Attorneys for Defendant,

JIFFY LUBE INTERNATIONAL, INC.

DISABLED ACCESS PREVENTS INJURY, INC.

Dated:  February 6, 2009           /s/Scott N. Johnson_____
SCOTT N. JOHNSON,
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  February 6, 2009           _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE